### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

JONI ROWELL                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO.: 3:05 CV611 TSL-AGN

CLEMENTS CADILLAC, INC., *ET AL.*                                           DEFENDANTS

### *JUDGMENT OF DISMISSAL WITH PREJUDICE*

**THIS CAUSE** being presented upon the *Joint Motion for Judgment of Dismissal with Prejudice* heretofore filed by the parties and the Court, having been advised that all claims have been resolved between said parties, is of the opinion that said motion is well-taken and should be granted; therefore,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this cause be and the same is hereby dismissed with prejudice and judgment is entered accordingly.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that each party shall bear their own costs incurred in this cause.

**ADJUDGED**, this 25th day of October, 2006.

/S/ TOM S. LEE
U.S. DISTRICT COURT JUDGE

*AGREED AND APPROVED:*

  s/ Joni Strickland Rowell
Joni Strickland Rowell, *Pro Se*

  s/ Joseph McDowell
Joseph W. McDowell, Esq.
**Attorney for Clements Cadillac, Inc.**

  s/ Katherine M. Samson
Katherine Samson, Esq.
**Attorney for GMAC Financial Services Corporation**